UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WAGNER JACINTO AND CESILIA RODRIGUEZ : : Plaintiffs, : : vs. : : WILMINGTON TRUST COMPANY AS : SUCCESSOR TRUSTEE FOR THE BENEFIT : OF THE CERTIFICATE HOLDERS OF : POPLAR ABS, INC MORTGAGE : PASS-THROUGH CERTIFICATES SERIES : 2005-C, PHH MORTGAGE CORPORATION : : Defendants. : | C.A. No. |

## **PHH MORTGAGE CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, defendant, PHH Mortgage Corporation ("PHH"), hereby files this corporate disclosure statement disclosing as follows:

PHH is a wholly owned subsidiary of PHH Corporation, which is a wholly owned subsidiary of Ocwen Financial Corporation, which is a publicly traded company. No publicly held corporation owns more than 10% of Ocwen Financial Corporation's stock.

PHH reserves the right to amend and/or supplement this disclosure as necessary.

Respectfully submitted,

PHH MORTGAGE CORPORATION

By its Attorneys,

/s/ Joseph A. Farside, Jr.
Joseph A. Farside, Jr. (#7559)
Krystle G. Tadesse (#7944)
Jeffrey C. Ankrom (#7663)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903-2499
401.274.9200
401.276.6611 (fax)
joseph.farside@lockelord.com
krystle.tadesse@lockelord.com
jeffrey.ankrom@lockelord.com

DATED: September 4, 2020

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 4th day of September, 2020, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

/s/ Joseph A. Farside, Jr.