UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WAGNER JACINTO AND CESILIA RODRIGUEZ : <br> : <br> Plaintiffs, : <br> : <br> vs. : <br> : <br> WILMINGTON TRUST COMPANY AS : <br> SUCCESSOR TRUSTEE FOR THE BENEFIT : <br> OF THE CERTIFICATE HOLDERS OF : <br> POPLAR ABS, INC MORTGAGE : <br> PASS-THROUGH CERTIFICATES SERIES : <br> 2005-C, PHH MORTGAGE CORPORATION : <br> : <br> Defendants. : | C.A. No. |

**WILMINGTON TRUST COMPANY'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, defendant, Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Through Certificates Series 2005-C[1] ("Wilmington") hereby files this corporate disclosure statement disclosing as follows:

Wilmington is a Delaware corporation. Wilmington is a subsidiary of M&T Bank Corporation, a public company. No publicly held corporation owns more than 10% of M&T Bank Corporation's stock.

Wilmington reserves the right to amend and/or supplement this disclosure as necessary.

---

[1] Improperly pleaded as Wilmington Trust Company as successor trustee for the benefit of the Certificateholders of Poplar ABS, Inc Mortgage Pass-Through Certificates Series 2005-C.

83526662v.1

Respectfully submitted,

WILMINGTON TRUST COMPANY,

By Its Attorneys,

/s/ Joseph A. Farside, Jr.
Joseph A. Farside, Jr. (#7559)
Krystle G. Tadesse (#7944)
Jeffrey C. Ankrom (#7663)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903-2499
401.274.9200
401.276.6611 (fax)
joseph.farside@lockelord.com
krystle.tadesse@lockelord.com
jeffrey.ankrom@lockelord.com

DATED: September 4, 2020

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 4th day of September, 2020, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

/s/ Joseph A. Farside, Jr.

83526662v.1