**LIST OF REDACTIONS**

| | | | |
|---|---|---|---|
| 12-27-11 | 4-25-12 | 9-27-12 | 3-14-13 |
| 12-29-11 | 4-30-12 | 10-17-12 | 3-15-13 |
| 1-3-12 | 5-1-12 | 10-18-12 | 3-22-13 |
| 1-5-12 | 5-2-12 | 10-31-12 | 3-25-13 |
| 1-17-12 | 5-2-12 | 11-14-12 | 4-5-13 |
| 1-18-12 | 5-8-12 | 11-14-12 | 4-6-13 |
| 2-2-12 | 5-10-12 | 11-14-12 | 4-11-13 |
| 2-16-12 | 5-16-12 | 12-11-12 | 4-12-13 |
| 3-1-12 | 5-22-12 | 12-13-12 | 4-16-13 |
| 3-7-12 | 5-28-12 | 12-20-12 | 4-18-13 |
| 3-8-12 | 6-8-12 | 1-7-13 | 4-29-13 |
| 3-12-12 | 6-13-12 | 1-14-13 | 5-3-13 |
| 3-13-12 | 6-27-12 | 1-21-135 | 5-5-13 |
| 3-15-12 | 7-3-12 | 1-22-13 | 5-5-13 |
| 3-19-12 | 7-5-12 | 2-6-13 | 5-6-13 |
| 3-20-12 | 7-5-12 | 2-19-13 | 5-8-13 |
| 3-21-12 | 7-10-12 | 2-20-13 | 5-15-13 |
| 4-2-12 | 7-25-12 | 2-27-13 | 5-21-13 |
| 4-4-12 | 8-8-12 | 3-1-13 | 7-18-13 |
| 4-13-12 | 8-20-12 | 3-4-13 | 7-25-13 |
| 4-14-12 | 8-22-12 | 3-6-13 | 8-7-13 |
| 4-18-12 | 9-18-12 | 3-7-13 | 10-7-13 |

| | |
|---|---|
| 2-10-14 | 3-26-18 |
| 5-7-14 | 3-27-13 |
| 7-5-16 | 4-10-18 |
| 7-6-16 | 4-23-18 |
| 7-11-16 | 4-24-18 |
| 7-13-16 | 4-25-18 |
| 7-21-16 | 4-26-18 |
| 8-19-16 | 5-3-18 |
| 8-21-16 | 5-11-18 |
| 8-25-16 | 5-15-18 |
| 8-29-16 | 5-16-18 |
| 9-22-16 | 5-17-18 |
| 2-7-18 | 6-4-18 |
| 2-26-18 | 6-6-18 |
| 2-27-18 | 7-2-18 |
| 2-28-18 | 7-11-18 |
| 3-1-18 | |
| 3-2-18 | |
| 3-5-18 | |
| 3-8-18 | |
| 3-9-18 | |
| 3-12-18 | |
| 3-22-18 | |
| 3-23-18 | |

Case 1:20-cv-00384-MSM-PAS   Document 57-1   Filed 05/31/23   Page 3 of 3 PageID #: 1399