Loan # - 7090997367

## MOD REJECTED

## E-REJECTED

Rejected Info:

Rejected Date: 9/24/2016

Rejected Reason:

Incorrect County listed on Coversheet

"This coversheet has been generated by Premium Title Services for informational purposes only"

*016 04.06*

PHHJAC00997



3004287-2491

Doc Type : Re - MOD

Loan Number: 7090997367

File Number: MMG1604-RI-2958612

County: ~~Providence~~ Central Fall

Borrower Name: Wagner Jacinto