

# PHH Mortgage Corporation

| | | | |
|---|---|---|---|
| NMLS ID: 2726 | Street Address: 2000 Midlantic Drive<br>Suite 410-A<br>Mount Laurel, NJ 08054<br><br>Mailing Address: 1661 Worthington Rd<br>Suite 100 - Mail Stop LIC<br>West Palm Beach, FL 33409 | Phone: 800-449-8767<br>Toll-Free Number: Not provided<br>Fax: 856-917-5370 | Website: https://go.phhlending.com/acton/media/4306<br>new-home,<br>https://go.phhlending.com/acton/media/4306<br>refinance,<br>https://go.phhlending.com/acton/media/4306<br>refinancing,<br>https://go.phhlending.com/acton/media/4306<br>loan-refinance,<br>https://go.phhlending.com/acton/media/4306<br>loan-refinancing,<br>https://go.phhlending.com/acton/media/4306<br>loan-servicing,<br>https://go.phhlending.com/acton/media/4306<br>purchase-phh-mortgage,<br>https://go.phhlending.com/acton/media/4306<br>purchase-refinance,<br>https://go.phhlending.com/acton/media/4306<br>employee-mortgage,<br>https://go.phhlending.com/acton/media/4306<br>friends-and-family,<br>https://go.phhlending.com/acton/media/4306<br>mortgage-prequalified,<br>https://go.phhlending.com/acton/media/4306<br>mortgage-refinance-now,<br>https://go.phhlending.com/acton/media/4306<br>purchase,<br>https://go.phhlending.com/acton/media/4306<br>phh-mortgage,<br>https://go.phhlending.com/acton/media/4306<br>now,<br>https://go.phhlending.com/acton/media/4306<br>or-buy-a-home,<br>https://go.phhlending.com/acton/media/4306<br>or-purchase-loans, www.libertyreverse.com,<br>www.libertyreversemortgage.com,<br>www.mortgagequestions.com, www.phhfund<br>www.phhmortgage.com, www.PHHrefinow.c<br>www.PHHsavenow.com, www.PHHstop.com<br>www.PHHVIP.com, www.reverse.org,<br>www.reversemortgageguides.org<br><br>Email: phhlicensingteam@mortgagefamily.com |

| | |
|---|---|
| Other Trade Names : | Liberty; Liberty Reverse Mortgage; LRM; Mortgage Service Center; MortgageQuestions.com; MortgageSave.com; PHH Mortga<br>PHH Mortgage Corporation (legal name); PHH Mortgage Services |
| Prior Other Trade Names : | Burnet Mortgage Services; Century 21 Mortgage; Coldwell Banker Mortgage; Domain Distinctive Property Finance; ERA<br>Mortgage; Instamortgage.com; Liberty Home Equity Solutions |
| Prior Legal Names : | None |
| Sponsored MLOs : | 75 |

| Fiscal Year End: 12/31 | Formed in: New Jersey, United States | Date Formed: 11/16/1977 | Stock Symbol: None | Business Structure: Corporatio |
|---|---|---|---|---|

Regulatory Actions : Yes

## Branch Locations  (16 Active, 128 Inactive)

## State Licenses/Registrations  (Displaying 111 Active of 125 Total)

| Regulator | Lic/Reg Name | Authorized to<br>Conduct Business | Consumer Complai |
|---|---|---|---|
| **Alabama** | Consumer Credit License | Yes | **Submit to Regulato** |
| **Alaska** | Mortgage Broker/Lender License | Yes | **Submit to Regulato** |

| | | | |
|---|---|---|---|
| **Alaska** | Mortgage Broker/Lender License - Other Trade Name #1 | Yes | Submit to Regulate |
| **Alaska** | Mortgage Broker/Lender License - Other Trade Name #3 | Yes | Submit to Regulate |
| **Alaska** | Mortgage Broker/Lender License - Other Trade Name #6 | Yes | Submit to Regulate |
| **Arizona** | Collection Agency License | Yes | Submit to Regulate |
| **Arizona** | Collection Agency License - Other Trade Name #1 | Yes | Submit to Regulate |
| **Arizona** | Mortgage Banker License | Yes | Submit to Regulate |
| **Arkansas** | Combination Mortgage Banker-Broker-Servicer License | Yes | Submit to Regulate |
| **California - DFPI** | Financing Law License | Yes | Submit to Regulate |
| **California - DFPI** | Residential Mortgage Lending Act License | Yes | Submit to Regulate |
| **Colorado** | Mortgage Company Registration | Yes | Submit to Regulate |
| **Connecticut** | Mortgage Lender License | Yes | Submit to Regulate |
| **Delaware** | Lender License | Yes | Submit to Regulate |
| **District of Columbia** | Mortgage Dual Authority License | Yes | Submit to Regulate |
| **Florida** | Mortgage Lender Servicer License | Yes | Submit to Regulate |
| **Georgia** | Mortgage Lender License/Registration | Yes | Submit to Regulate |
| **Guam** | Mortgage Servicer License | Yes | Submit to Regulate |
| **Hawaii** | Mortgage Servicer License | Yes | Submit to Regulate |
| **Idaho** | Mortgage Broker/Lender License | Yes | Submit to Regulate |
| **Idaho** | Regulated Lender License | Yes | Submit to Regulate |
| **Illinois** | Residential Mortgage License | Yes | Submit to Regulate |
| **Indiana-DFI** | Mortgage Lending License | Yes | Submit to Regulate |
| **Iowa** | Mortgage Banker License | Yes | Submit to Regulate |
| **Iowa** | Mortgage Banker License - Other Trade Name #2 | Yes | Submit to Regulate |
| **Iowa** | Mortgage Banker License - Other Trade Name #5 | Yes | Submit to Regulate |
| **Iowa** | Mortgage Banker License - Other Trade Name #8 | Yes | Submit to Regulate |
| **Kansas** | Mortgage Company License | Yes | Submit to Regulate |
| **Kentucky** | Mortgage Company License | Yes | Submit to Regulate |
| **Louisiana** | Residential Mortgage Lending License | Yes | Submit to Regulate |
| **Maine** | Supervised Lender License | Yes | Submit to Regulate |
| **Maryland** | Mortgage Lender License | Yes | Submit to Regulate |
| **Massachusetts** | Debt Collector | Yes | Submit to Regulate |
| **Massachusetts** | Debt Collector Other Trade Name #2 | Yes | Submit to Regulate |
| **Massachusetts** | Debt Collector Other Trade Name #3 | Yes | Submit to Regulate |
| **Massachusetts** | Mortgage Lender License | Yes | Submit to Regulate |
| **Massachusetts** | Mortgage Lender License Other Trade Name #1 | Yes | Submit to Regulate |
| **Massachusetts** | Mortgage Lender License Other Trade Name #2 | Yes | Submit to Regulate |
| **Massachusetts** | Mortgage Lender License Other Trade Name #3 | Yes | Submit to Regulate |
| **Michigan** | 1st Mortgage Broker/Lender/Servicer Registrant | Yes | Submit to Regulate |
| **Michigan** | 2nd Mortgage Broker/Lender/Servicer Registrant | Yes | Submit to Regulate |
| **Minnesota** | Residential Mortgage Originator License | Yes | Submit to Regulate |
| **Minnesota** | Residential Mortgage Originator License Other Trade Name #2 | Yes | Submit to Regulate |
| **Minnesota** | Residential Mortgage Originator License Other Trade Name #7 | Yes | Submit to Regulate |
| **Mississippi** | Mortgage Lender License | Yes | Submit to Regulate |
| **Missouri** | Mortgage Company License | Yes | Submit to Regulate |
| **Montana** | Mortgage Broker License | Yes | Submit to Regulate |
| **Montana** | Mortgage Lender License | Yes | Submit to Regulate |
| **Montana** | Mortgage Servicer License | Yes | Submit to Regulate |

| State | License | | |
|-------|---------|---|---|
| Nebraska | Mortgage Banker License | Yes | Submit to Regulato |
| Nebraska | Mortgage Banker License - Other Trade Name #3 | Yes | Submit to Regulato |
| Nebraska | Mortgage Banker License - Other Trade Name #6 | Yes | Submit to Regulato |
| Nebraska | Mortgage Banker License - Other Trade Name #7 | Yes | Submit to Regulato |
| Nebraska - SOS | Collection Agency License | Yes | Submit to Regulato |
| Nevada | Mortgage Company License | Yes | Submit to Regulato |
| Nevada | Supplemental Mortgage Servicer License | Yes | Submit to Regulato |
| Nevada - FID | Collection Agency License | Yes | Submit to Regulato |
| New Hampshire | Mortgage Banker License | Yes | Submit to Regulato |
| New Jersey | Residential Mortgage Lender License | Yes | Submit to Regulato |
| New Jersey | RMLA-Licensed Mortgage Servicer Registration | Yes | Submit to Regulato |
| New Mexico | Collection Agency License | Yes | Submit to Regulato |
| New Mexico | Mortgage Loan Company License | Yes | Submit to Regulato |
| New York | Exempt Mortgage Loan Servicer Registration | Yes | Submit to Regulato |
| New York | Mortgage Banker License | Yes | Submit to Regulato |
| New York | Reverse Mortgage Lending Dual Authority | Yes | Submit to Regulato |
| North Carolina | Mortgage Lender License | Yes | Submit to Regulato |
| North Dakota | Money Broker License | Yes | Submit to Regulato |
| Ohio | Residential Mortgage Lending Act Certificate of Registration | Yes | Submit to Regulato |
| Oklahoma | Mortgage Lender License | Yes | Submit to Regulato |
| Oklahoma | Mortgage Lender License - Other Trade Name #1 | Yes | Submit to Regulato |
| Oklahoma | Mortgage Lender License - Other Trade Name #3 | Yes | Submit to Regulato |
| Oregon | Mortgage Lending License | Yes | Submit to Regulato |
| Oregon | Mortgage Servicer License | Yes | Submit to Regulato |
| Pennsylvania | Mortgage Lender License | Yes | Submit to Regulato |
| Pennsylvania | Mortgage Servicer License | Yes | Submit to Regulato |
| Puerto Rico | Mortgage Lender/Servicer (Concesionarios/Administradores de Préstamos Hipotecarios) | Yes | Submit to Regulato |
| Rhode Island | Lender License | Yes | Submit to Regulato |
| Rhode Island | Loan Broker License | Yes | Submit to Regulato |
| Rhode Island | Third Party Loan Servicer License | Yes | Submit to Regulato |

| Lic/Reg #: 20183617LS | Original Issue Date : 05/14/2018 | |
|---|---|---|
| Status : Approved | Status Date: 01/13/2020 | Renewed Through : 2023 |

Other Trade Names used in Rhode Island : Liberty Reverse Mortgage; Mortgage Service Center; PHH Mortgage Corporation (legal name); PHH Mortgage Services

| Start | End | Authorized to Conduct Business |
|---|---|---|
| 5/14/2018 | Present | Yes |

**View Resident/Registered Agent(s) for Service of Process** ▶

| State | License | | |
|-------|---------|---|---|
| South Carolina-BFI | Mortgage Lender / Servicer License | Yes | Submit to Regulato |
| South Carolina-BFI | Mortgage Lender/Servicer License - Other Trade Name #1 | Yes | Submit to Regulato |
| South Carolina-BFI | Mortgage Lender/Servicer License - Other Trade Name #2 | Yes | Submit to Regulato |
| South Carolina-BFI | Mortgage Lender/Servicer License - Other Trade Name #3 | Yes | Submit to Regulato |
| South Dakota | Mortgage Lender License | Yes | Submit to Regulato |
| Tennessee | Mortgage License | Yes | Submit to Regulato |
| Texas - SML | Mortgage Banker Registration | Yes | Submit to Regulato |
| Texas - SML | Residential Mortgage Loan Servicer Registration | Yes | Submit to Regulato |

| | | | |
|---|---|---|---|
| Utah-DFI | Residential First Mortgage Notification | Yes | Submit to Regulato |
| Utah-DRE | Mortgage Entity License | Yes | Submit to Regulato |
| Utah-DRE | Mortgage Entity License - Other Trade Name #1 | Yes | Submit to Regulato |
| Utah-DRE | Mortgage Entity License - Other Trade Name #2 | Yes | Submit to Regulato |
| Utah-DRE | Mortgage Entity License - Other Trade Name #5 | Yes | Submit to Regulato |
| Vermont | Lender License | Yes | Submit to Regulato |
| Vermont | Lender License - Other Trade Name #1 | Yes | Submit to Regulato |
| Vermont | Lender License - Other Trade Name #3 | Yes | Submit to Regulato |
| Vermont | Lender License - Other Trade Name #6 | Yes | Submit to Regulato |
| Vermont | Loan Servicer License | Yes | Submit to Regulato |
| Vermont | Loan Servicer License Other Trade Name #1 | Yes | Submit to Regulato |
| Vermont | Mortgage Broker License | Yes | Submit to Regulato |
| Vermont | Mortgage Broker License - Other Trade Name #3 | Yes | Submit to Regulato |
| Virgin Islands | Mortgage Lender License | Yes | Submit to Regulato |
| Virginia | Broker License | Yes | Submit to Regulato |
| Virginia | Lender License | Yes | Submit to Regulato |
| Washington | Consumer Loan Company License | Yes | Submit to Regulato |
| West Virginia | Mortgage Broker License | Yes | Submit to Regulato |
| West Virginia | Mortgage Lender License | Yes | Submit to Regulato |
| Wisconsin | Mortgage Banker License | Yes | Submit to Regulato |
| Wisconsin | Mortgage Broker License | Yes | Submit to Regulato |
| Wyoming | Collection Agency License | Yes | Submit to Regulato |
| Wyoming | Consumer Lender License | Yes | Submit to Regulato |
| Wyoming | Mortgage Lender/Broker License | Yes | Submit to Regulato |

### Regulatory Actions

While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

| Regulator | Action Type | Date of Action | Multi-state Action ID | Docket Number | Associated Document(s) |
|---|---|---|---|---|---|
| California - DFPI | Order - Consent Order | 11/01/2017 | N/A | NONE | Consent Order |
| Connecticut | Order - Consent | 03/20/2013 | N/A | None | Final Order |
| Florida | Order - Enforcement Action | 11/25/2020 | N/A | 71777 | Final Order, Final Order |
| Florida | Order - Enforcement Action | 01/31/2018 | N/A | 88125 | Final Order |
| Georgia | Order - Consent Order | 01/04/2018 | N/A | none | Final Order |
| Illinois | Order - Settlement Agreement & Consent Order | 12/29/2017 | N/A | None | Final Order |
| Kentucky | Order - Agreed Order | 05/01/2012 | N/A | 2011-AH-0093 | Agreement |
| Massachusetts | Order - Settlemetn Agreement and Consent Order | 12/29/2017 | M101083 | NONE | Settlement |
| Minnesota | Order - Consent Order | 05/18/2018 | N/A | 49805/NAK | Final Order |
| Minnesota | Cease and Desist | 05/20/2015 | N/A | None | Cease & Desist/Consent |
| Montana | Order - Notice and Final Order | 03/20/2014 | N/A | M2014-10 | Final Order, Notice |
| Montana | Cease and Desist | 07/06/2012 | N/A | 2012-0018-MBLO | Agreement, Cease & Desist, Final Order |
| Oregon | Order - Settlemetn Agreement and Consent Order | 12/29/2017 | M101083 | M-17-0137 | Final Order, Settlement |
| Texas - SML | Settlement Agreement Consent Order | 12/27/2017 | N/A | 187001 | Settlement |

| | | | | | |
|---|---|---|---|---|---|
| **Vermont** | Order - Settlement Agreement and Consent Order | 12/29/2017 | M101083 | 18-001-B | Settlement |
| **Virginia** | Order - Settlement Agreement and Consent Order | 12/29/2017 | M101083 | BFI-2017-00140 | Settlement, Settlement |
| **Washington** | Order - Consent Order | 03/31/2017 | N/A | C-16-1936-17-CO02 | Consent Order |

Information made available through NMLS Consumer Access<sub>SM</sub> is derived from NMLS (**Nationwide Multistate Licensing System / Nationwide Mortgage Licensing Syste and Registry**), the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiar CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | **Download PDF Reade**