# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WAGNER JACINTO AND CESILIA RODRIGUEZ | : <br> : |
| Plaintiffs, | : <br> : |
| vs. | :     C.A. No. 1:20-cv-00384 <br> : |
| WILMINGTON TRUST COMPANY AS SUCCESSOR TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF POPLAR ABS, INC MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-C, PHH MORTGAGE CORPORATION | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## JOINT MOTION TO EXTEND DEPOSITION DEADLINE

Plaintiffs Wagner Jacinto and Cesilia Rodriguez ("Plaintiffs") together with Defendants PHH Mortgage Corporation ("PHH") and Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Through Certificates Series 2005-C ("Wilmington") (collectively "Defendants") jointly request that the deadline set forth in the Court's order dated October 3, 2023, to complete a deposition of Gina Feezer be extended by 30 days to November 25, 2023. As reasons therefore parties state they require additional time to provide and review documents related to the deposition.

Dated: October 25, 2023

 

                                                       PHH MORTGAGE CORPORATION AND WILMINGTON TRUST COMPANY AS SUCCESSOR TRUSTEE TO THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR

JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-C
By Their Attorneys,

*/s/ Joseph A. Farside, Jr.*
Joseph A. Farside, Jr., Esq. (#7559)
Krystle G. Tadesse, Esq. (#7944)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
joseph.farside@lockelord.com
krystle.tadesse@lockelord.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 25th day of October 2023 this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

*/s/Joseph Farside*
Joseph Farside

135077003v.1