# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WAGNER JACINTO AND CESILIA RODRIGUEZ | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| vs. | :     C.A. No. 1:20-cv-00384 <br> : |
| WILMINGTON TRUST COMPANY AS SUCCESSOR TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF POPLAR ABS, INC MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-C, PHH MORTGAGE CORPORATION | : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that the above-captioned action is dismissed with prejudice, without costs, and without the right of appeal.

| Plaintiffs, <br> Wagner Jacinto and Cesilia Rodriguez, <br> By their attorney, <br><br> */s/ John B. Ennis* <br> John B. Ennis, Esq. (#2135) <br> 1200 Reservoir Ave. <br> Cranston, RI 02920 <br> (401) 943-9230 <br> Jbelaw75@gmail.com <br><br><br> Date: May 20, 2024 | Defendants, <br> Wilmington Trust Company as Successor Trustee for the Benefit of the Certificate Holders of Poplar ABS, Inc., Mortgage Pass-Through Certificates Series 2005-C and PHH Mortgage Corporation, <br> By their attorneys, <br><br> */s/ Krystle G. Tadesse* <br> Joseph A. Farside, Jr., Esq. (#7559) <br> Krystle G. Tadesse, Esq. (#7944) <br> LOCKE LORD LLP <br> 2800 Financial Plaza <br> Providence, RI 02903 <br> (401) 274-9200 <br> joseph.farside@lockelord.com <br> krystle.tadesse@lockelord.com |

137406403v.1